**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Allen McInturff, ) | |
| Petitioner, ) | CV 11-8160-PCT-PGR (LOA) |
| v. ) | **ORDER** |
| Charles L. Ryan, et al., ) | |
| Respondents. ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson, which determined that Petitioner's Petition for Writ of Habeas Corpus was untimely, and no party having filed any objection thereto,

IT IS HEREBY ORDERED that the Court accepts and adopts the Report and Recommendation (Doc. 12).

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied.

IT IS FURTHER ORDERED denying a certificate of appealability.

DATED this 17th day of September, 2012.

Paul G. Rosenblatt
United States District Judge